602

446 A.2d 685

Commonwealth v. Adyseh, Appellant.

Petition for Allowance of Appeal Denied Jan. 17, 1983.

Argued October 27, 1981. Richard L. Neff, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

The judgment of sentence is affirmed.

446 A.2d 686

Commonwealth v. Allen, Appellant.

Submitted February 1, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The judgment of sentence is affirmed.